United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELANEY BARNES,                                    No. C 08-3769 SI (pr)

            Plaintiff,                             **ORDER OF TRANSFER**

      v.

BOARD OF PRISON
TERMS/HEARINGS,

            Defendant.
_____/

        Delaney Barnes filed this civil rights action under 42 U.S.C. § 1983, complaining of acts
and omissions that occurred at the Deuel Vocational Institute in Tracy, California.  Tracy is in
San Joaquin County, within the venue of the Eastern District of California.  The defendant
apparently resides in the Eastern District of California.  Venue therefore properly lies in that
district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and
pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District
Court for the Eastern District of California.  The clerk shall transfer this matter.

        IT IS SO ORDERED.

Dated: August 25, 2008                            _____
                                                  SUSAN ILLSTON
                                                  United States District Judge