IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELANEY BARNES,

    Petitioner,                                      No. CIV S-08-2021 JAM EFB P

    vs.

CLAUDE FINN, Warden,

    Respondent.                                   ORDER

_____/

    Petitioner is a former state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file a response to the petition. *See* Fed. R. Civ. P. 6(b). In response, petitioner filed a motion for default judgment. Since the court grants respondent's motion herein, respondent now has until July 2, 2009, to file a response to the petition and thus, respondent is not in default. Furthermore, a failure of the State to file a timely response to the claims in a habeas corpus petition does not entitle petitioner to default judgment. *See Gordon v. Duran*, 895 F.2d 610, 612 (9th Cir. 1990).

    Good cause appearing, it is ORDERED that respondent's May 15, 2009 request is GRANTED and respondent has until July 2, 2009 to file a response in this matter. It is further ORDERED that petitioner's May 19, 2009 motion for default judgment is DENIED.

Dated: June 8, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE